IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS L. EXLEY; THOMAS L. EXLEY, JR.; SOUTH EFFINGHAM SAND, LLC; and T&T EXLEY, LLC; <br><br> Plaintiffs, <br><br> v. <br><br> NEW SAVANNAH, LLC; ISTAR FINANCIAL, INC.; and SFI SAVANNAH COMMERCIAL, LLC; <br><br> Defendants. | CASE NO. CV414-077 |

## O R D E R

Before the Court is Defendants iStar Financial, Inc. and SFI Savannah Commercial, LLC's ("Removing Defendants") Stipulation of Withdrawal of Notice of Removal. (Doc. 6.) In the stipulation, Removing Defendant's state that the purpose of the remand is to permit additional discovery concerning the members, along with their states of citizenship, of Defendant New Savannah, LLC, and Plaintiffs South Effingham Sand, LLC and T&T Exley, LLC. (Id. ¶ 5.) This Court previously identified the jurisdictional defect caused by Removing Defendants' failure to properly name all members, along with their states of citizenship, for Defendant New Savannah, LLC. (Doc. 5.)

Upon considering Removing Defendants' Stipulation, the Court will construe this filing as a Motion to Remand. After careful consideration, Removing Defendants' motion is **GRANTED**. Accordingly, this case is **REMANDED** to the Superior Court of Effingham County. The Clerk of Court is **DIRECTED** to send a certified copy of this Order to the Clerk of the Superior Court of Effingham County and to close this case.

SO ORDERED this 28th day of April 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA